```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ANITHA ROY,                         :
                    Plaintiff,      :
                                       17 Civ. 6148 (GBD)(HBP)
    -against-                       :
                                       ORDER
MONTEFIORE MEDICAL CENTER,          :
et al.,
                                    :
                    Defendants.
                                    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/19

PITMAN, United States Magistrate Judge:

I write in response to plaintiff's *ex parte* request to my deputy seeking a copy of a transcript without charge.

The Court's granting plaintiff permission to proceed in *forma pauperis* merely means that the Court has waived the filing fee plaintiff would otherwise have to pay. It does not mean that plaintiff is entitled to receive transcripts of the Court's proceedings free of charge. See *Harris v. Fischer*, 11 Civ. 6260 (CM)(JLC), 2012 WL 3964706 at *3 (S.D.N.Y. Sep. 10, 2012) (Cott, M.J.). The Court does not have funds to provide transcripts to indigent civil litigants.

I have reviewed the recording of the April 12, 2019 conference call, and, for reasons that are not known to me, plaintiff got disconnected toward the end of the call. If there is something else that plaintiff wanted to raise during the call

that she did not have the opportunity to raise, she is directed to advise me by letter.

Finally, plaintiff is reminded that she must send defense counsel a copy of anything that she sends to me or my staff. The same rule applies to any communications defense counsel has with the Court.

Dated: New York, New York
April 23, 2019

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copy mailed to:

Ms. Anitha Roy
Apt. 1
31 Nassau ROad
Yonkers, New York  10710

Copy transmitted to:

Counsel for Defendants